**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

ANAIS FERNANDEZ,  Case No. 20-CV-9796

                    Plaintiff,

      -against-

LA GOULUE, LLC, CRAIG POGSON,
ANTOINE CAMIN and JEAN-MARC NEYRET

                    Defendants.
----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against the Defendants.

Dated: December 10, 2020
       New York, New York

                                            Respectfully submitted,

                                            **Akin Law Group PLLC**

                                            */s/ Robert D. Salaman*
                                            _____
                                            Robert D. Salaman
                                            45 Broadway, Suite 1420
                                            New York, NY 10006
                                            (212) 825-1400
                                            rob@akinlaws.com

                                            *Counsel for Plaintiff*